IN THE COURT OF CRIMINAL APPEALS

78,002-02

Oct. 28, 2015

RE: 3719-J & 15,959-B

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 03 201

AbelAcosta.Clerk

TO: Abel Acosta,
    Clerk

Dear Mr. Acosta,

Please pardon this inquiry, you directed me to inquire with the clerk of convicting court with any further questions, and i h have. i do not mean to bother or be a nuisance to the Court, i simply do not know who else to contact or what to do!

On Oct. 22, 2015, i recieved notice from the Taylor County Clerk that my Habeas Corpus was mailed off to this Court on Oct. 15, 2015.

As of today i have not recieved notice from the CCA that my documents were in fact recieved and filed. Further inquiry with the county clerk has not been answered.

It is a firmly founded fact that Taylor County officials will go to great lengths to keep things "under the rug" so to say. As in the instant matter, the extent to which they have gone to suppress the facts and contravene the law is criminal! And i cannot bring myself to have faith that they've suddenly had a change of heart or policy. i worry about all of my documents being presented to the Court in Austin.

If my concern is unfounded, and everything made it to this office as filed in the district court please excuse me for taking up unnecessay time with these worries. Please notify me when this Court recieves the application, memorandum, and appendix, along with motions that were filed for the district court's determination pursuant to CCP Art.11.07, in the above indicated case. Thank you and God Bless.

Respectfully submitted,
Juan Manuel Albarado,
pro se
#01452106
CONNALLY UNIT
889 FM 632
KENEDY, TEXAS 78119